SHERRON M. TRAVIS v. ROBERT Y. TRAVIS

No. 7525DC576

(Filed 19 November 1975)

**Divorce and Alimony § 18— alimony pendente lite — insufficiency of findings**

    Trial court's findings were insufficient to support an award of alimony *pendente lite* and counsel fees.

APPEAL by defendant from *Tate, Judge.* Judgment entered 22 April 1975 in District Court, CATAWBA County. Heard in the Court of Appeals 21 October 1975.

Plaintiff instituted this action for alimony without divorce, custody of their minor son, child support and relief pendente lite. She alleged that her husband abandoned her and rendered her condition intolerable and burdensome. Defendant denied the material allegations of plaintiff's complaint and alleged that the parties had mutually agreed to separate.

A hearing was held with Judge Tate making findings of fact and written conclusions of law upon the evidence presented. An order was subsequently entered awarding plaintiff alimony pendente lite, temporary custody, child support, and counsel fees. Defendant appealed to this Court.

*No brief filed by plaintiff appellee.*

*Corne, Warlick and Pitts, by Stanley J. Corne and Larry W. Pitts, for defendant appellant.*

ARNOLD, Judge.

Defendant contends that the court's conclusions are not supported by findings of fact. The court concluded that (1) plaintiff is a dependent spouse; (2) plaintiff is entitled to relief sought; (3) plaintiff does not have sufficient means to subsist and prosecute her action; (4) plaintiff is a fit and proper person to have temporary custody; and (5) defendant shall pay alimony pendente lite and counsel fees for plaintiff's attorney.

We agree with defendant's contentions. The court's conclusions are not supported by its findings of fact.

While it is not required that the trial judge make findings of fact as to each allegation and evidentiary fact presented, it

is necessary for the trial judge to make findings of fact from which it can be determined upon appellate review that an award of alimony pendente lite is justified and appropriate. *Newsome v. Newsome,* 22 N.C. App. 651, 207 S.E. 2d 355 (1974).

The findings of fact are insufficient to support the order. The order is vacated and this cause is remanded for rehearing.

Vacated and remanded.

Judges BRITT and VAUGHN concur.